Hand-Delivered

FILED
CHARLOTTE, NC

AUG 01 2025

US DISTRICT COURT
WESTERN DISTRICT OF NC

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

JOE ALLEN YOUNG and )
BRITTNAY NICHOLE YOUNG, )
)
Plaintiffs, )
)
v. ) Civil Action No. 1:25-cv-241-MR
)
TAMMY LYNN BLANTON, )
LT. TRAVIS LEE, individually and in his )
official capacity, )
DISTRICT ATTORNEY MICHAEL W. MILLER, )
individually and in his official capacity, )
CLEVELAND COUNTY, NORTH CAROLINA, )
and ATTORNEY BECKY J. BROWN, )
)
Defendants. )
_____)

VERIFIED COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
PURSUANT TO 42 U.S.C. §§ 1983, 1985(3), AND BIVENS

Plaintiffs Joe Allen Young and Brittnay Nichole Young, appearing sui juris and under the protections of the Constitution of the United States, hereby state the following claims against the named defendants:

I. PARTIES

1. Plaintiff JOE ALLEN YOUNG is a living man and natural father, residing at 650 Phaniel Church Rd, Rockwell, NC 28138.
2. Plaintiff BRITTNAY NICHOLE YOUNG is a living woman and natural mother of their minor children, residing at the same address.
3. Defendant TAMMY LYNN BLANTON is the maternal grandmother of Plaintiffs' children and a private actor who unlawfully retained custody in conspiracy with state actors.
4. Defendant LT. TRAVIS LEE is an officer with the Cleveland County Sheriff's Office who refused to take or process a valid criminal complaint regarding custodial interference.
5. Defendant MICHAEL W. MILLER is the District Attorney for Cleveland County who failed to investigate the custodial interference complaint.
6. Defendant CLEVELAND COUNTY is a municipality liable under Monell for failure to train, supervise, or discipline its officers and agents who violated Plaintiffs' constitutional rights.
7. Defendant BECKY J. BROWN is an attorney representing Tammy Blanton who

willfully participated in violations of Plaintiffs' rights and engaged in fraud, concealment, and retaliation under color of law.

## II. JURISDICTION AND VENUE

8. This Court has jurisdiction under 28 U.S.C. § 1331 (federal question), § 1343 (civil rights), and supplemental jurisdiction under § 1367.
9. Venue is proper in this district under 28 U.S.C. § 1391(b) as all acts occurred within Cleveland County, North Carolina.

## III. FACTUAL BACKGROUND

10. Plaintiffs are the lawful biological parents of three minor children wrongfully withheld by Defendant Tammy Blanton.
11. Plaintiffs lawfully filed affidavits and motions into state court challenging jurisdiction and enforcing default.
12. Defendants Lt. Travis Lee and DA Michael Miller refused to act on a valid criminal complaint alleging custodial interference.
13. Becky J. Brown, as attorney for Tammy Blanton, filed fraudulent, untimely, and improperly served motions with the intent to retaliate, mislead, and manipulate the court process.
14. Plaintiffs personally reviewed the physical case file on July 29, 2025. Becky Brown's alleged July 28 motion was not present in the file, proving concealment or tampering.
15. Cleveland County failed to ensure due process and proper oversight, enabling violations to persist under its supervision.
16. Plaintiffs were denied access to the courts, denied equal protection, and subjected to coordinated retaliation for exercising their constitutional rights.

## IV. CAUSES OF ACTION

COUNT I — VIOLATION OF CIVIL RIGHTS UNDER 42 U.S.C. § 1983
17. Plaintiffs incorporate all preceding paragraphs.
18. Defendants, acting under color of law, deprived Plaintiffs of rights secured by the Constitution, including:
a. Right to due process
b. Right to familial association
c. Right to access courts
d. Right to be free from unlawful seizure/interference

COUNT II — CONSPIRACY TO INTERFERE WITH CIVIL RIGHTS UNDER 42 U.S.C. § 1985(3)
19. Defendants conspired to deprive Plaintiffs of equal protection, access to remedies, and parental rights.
20. Acts included concealment, filing fraudulent motions, ignoring criminal complaints, and obstructing lawful remedies.

## COUNT III — MONELL LIABILITY (AGAINST CLEVELAND COUNTY)

21. Cleveland County, through policy/custom/failure to train, enabled its agents to violate the rights of the Plaintiffs.

22. No meaningful review or enforcement of criminal complaints occurred, and improper court filings were permitted.

## V. PRAYER FOR RELIEF

WHEREFORE, Plaintiffs respectfully request that this Court:
A. Award compensatory damages of $1,000,000 against each defendant individually.
B. Award punitive damages for willful and malicious conduct.
C. Declare all actions taken by defendants in violation of Plaintiffs' rights to be null and void.
D. Grant injunctive relief restoring all parental rights to Plaintiffs.
E. Grant such other relief as the Court deems just and proper.

*requesting jury trial by*

Respectfully submitted this 31 day of July, 2025.

_____   _____
Joe Allen Young, Plaintiff        Brittnay Nichole Young, Plaintiff
650 Phaniel Church Rd             650 Phaniel Church Rd
Rockwell, NC 28138                Rockwell, NC 28138
Sui Juris, All Rights Reserved    Sui Juris, All Rights Reserved

NOTARY BLOCK:

State of North Carolina
County of Cabarrus

Sworn to (or affirmed) and subscribed before me this 31 day of July, 2025 by:
☒ Joe Allen Young
☒ Brittnay Nichole Young

_Deborah H. Blue_
Notary Public Signature
My commission expires: October 8, 2029

*[Notary Seal: DEBORAH H. BLUE, Notary Public, Cabarrus County, My Commission Expires 10-8-29, NORTH CAROLINA]*